CADES SCHUTTE
A Limited Liability Law Partnership

CALVERT G. CHIPCHASE 7757-0
LISA K. SWARTZFAGER 10867-0
MICHAEL L. HOKE 11324-0
MALLORY T. MARTIN 10211-0
Cades Schutte Building
1000 Bishop Street, Suite 1200
Honolulu, HI 96813-4212
Telephone: (808) 521-9200
Email: cchipchase@cades.com
lswartzfager@cades.com
mhoke@cades.com
mmartin@cades.com

Attorneys for Defendant
CP IV WATERFRONT, LLC d/b/a
KAPILINA BEACH HOMES

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| ANDRA LETHGO, on behalf of herself and all similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>CP IV WATERFRONT, LLC d/b/a KAPILINA BEACH HOMES; GREP SOUTHWEST, LLC and DOE Defendants 1-10,<br><br>Defendants. | CIVIL NO.<br><br>**DECLARATION OF KATHY MARA** |

# DECLARATION OF KATHY MARA

I, Kathy Mara, declare as follows:

1. I am the community manager for CP IV Waterfront, LLC d/b/a Kapilina Beach Homes (**Kapilina Beach Homes**" or "**Defendant**"). I am authorized to make this declaration (the "**Declaration**"), which is based on my personal knowledge and review of Defendant's files and records, which are kept in the regular course of Defendant's business.

2. Kapilina Beach Homes is the landlord and GREP Southwest, LLC ("**GREP**") is the property manager of a residential community at Iroquois Point in West O'ahu known as Kapilina Beach Homes.

3. There are 1,459 residential units at Kapilina Beach Homes.

4. There were approximately 4,365 residents at Kapilina Beach Homes during November 2021 and approximately 4,307 residents during December 2021.

5. Most units at Kapilina Beach Homes are occupied by more than one person.

6. The monthly rent for a unit at Kapilina Beach Homes ranges from $2,887 to $6,100.

7. Kapilina Beach Homes is incorporated under the laws of Hawaiʻi and its principal place of business is in Hawaiʻi.

8. GREP is incorporated under the laws of Delaware and has its principal place of business in South Carolina.

9. Based on Defendant's records, members of the putative class are not citizens of Hawaiʻi and have presented themselves as having permanent homes in states other than Hawaiʻi.

10. Many of the tenants at Kapilina Beach Homes are members of the United States military.

11. Defendant's records, including rental applications, show that many military members moved to Kapilina Beach Homes from a state other than Hawai`i, including Alaska, Arkansas, Kentucky, Washington, Oregon, Texas, California, Mississippi, Oklahoma, Tennessee, Florida, Nevada, Utah, Wyoming, Louisiana, Kansas, Missouri, Illinois, Minnesota, Michigan, Indiana, Ohio, Alabama, Georgia, South Carolina, North Carolina, Virginia, Maryland, Delaware, Pennsylvania, New York, and Colorado.

I declare, verify, certify, and state under penalty of perjury that the foregoing is true and correct.

DATED: Ewa Beach, Hawaiʻi, February 2, 2022.

KATHY MARA