CADES SCHUTTE
A Limited Liability Law Partnership

CALVERT G. CHIPCHASE 7757-0
LISA K. SWARTZFAGER 10867-0
MICHAEL L. HOKE 11324-0
MALLORY T. MARTIN 10211-0
Cades Schutte Building
1000 Bishop Street, Suite 1200
Honolulu, HI 96813-4212
Telephone: (808) 521-9200
Email: cchipchase@cades.com
lswartzfager@cades.com
mhoke@cades.com
mmartin@cades.com

Attorneys for Defendant
CP IV WATERFRONT, LLC d/b/a
KAPILINA BEACH HOMES and GREP
SOUTHWEST, LLC

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAIʻI

| | |
|---|---|
| ANDRA LETHGO, on behalf of herself and all similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>CP IV WATERFRONT, LLC d/b/a KAPILINA BEACH HOMES; GREP SOUTHWEST, LLC and DOE Defendants 1-10,<br><br>Defendants. | CIVIL NO.<br><br>**DECLARATION OF LISA K. SWARTZFAGER** |

# DECLARATION OF LISA K. SWARTZFAGER

I, Lisa K. Swartzfager, declare as follows:

1. I am a partner of the law firm Cades Schutte LLP, attorneys for Defendants CP IV WATERFRONT, LLC d/b/a KAPILINA BEACH HOMES and GREP SOUTHWEST, LLC ("**Defendants**") in the above-titled action. I am authorized and competent to make this declaration based on personal knowledge.

2. Attached hereto as Exhibit 1 is a true and correct copy of the Complaint and Summons filed in the above-captioned action.

3. Attached hereto as Exhibit 2 is a true and correct copy of the Amended Complaint filed in the above-captioned action.

4. Exhibits 1 and 2 constitute all process, pleadings, and orders that have been served on Defendants with respect to this action.

5. Attached hereto as Exhibit 3 is a true and correct copy of the returns of service for Defendants, which were filed in the above-captioned action.

6. Attached hereto as Exhibit 4 is a true and correct copy of a printout for GREP Southwest, LLC from the State of Hawai`i, Department of Commerce and Consumer Affairs, Business Registration,

Business Name Search website, which my office printed on February 2, 2022.

I declare, verify, certify, and state under penalty of perjury that the foregoing is true and correct.

DATED: Honolulu, Hawaiʻi, February 2, 2022.

LISA K. SWARTZFAGER