ORIGINAL

| STATE OF HAWAI'I<br>CIRCUIT COURT OF THE<br>FIRST CIRCUIT | RETURN AND ACKNOWLEDGMENT OF SERVICE | Electronically Filed<br>FIRST CIRCUIT<br>1CCV-22-0000005<br>08-JAN-2022<br>05:59 AM<br>Dkt. 12 RAS |
|---|---|---|
| CASE NUMBER<br>**1CCV-22-0000005** | | |
| CASE NAME<br>**ANDRA LETHGO, on behalf of herself and all similarly situated<br>v<br>CP IV WATERFRONT LLC dba KAPILINA BEACH HOMES; GREP SOUTHWEST, LLC** | | |

DOCUMENTS SERVED: Complaint, Demand for Jury Trial, Summons

I, ~~Sheriff/Police Officer~~ nka- C.P.S. of the State of Hawai'i do hereby certify that I received a certified copy of the documents listed above and that I served the same on CP IV Waterfront LLC dba Kapilina Beach Homes (name of party) on January 7, 2022 (date) at 11:19 am (time) at 1003 Bishop Street, Suite 1600, Honolulu, Hawaii 96813 (address) within the State of Hawai'i as follows:

☐ PERSONAL: By delivering to and leaving with ______, personally.

☐ SUBSTITUTE: [HRCP 4(d) (1) (A)] After due and diligent search and inquiry, I served above-named defendant through ______, a person of suitable age and discretion then residing at said party's usual place of abode, since the defendant could not be found.

☐ SUBSTITUTE: [HRCP 4(d) (1) (B)] I served above-named defendant through ______, authorized agent to receive service of process for said defendant.

☑ BUSINESS/CORPORATION/GOVERNMENTAL ENTITY: On CP IV Waterfront LLC dba Kapilina Beach Homes (name of business/corp/entity) through their statutory agent Corporation Service Co. by serving through Steven Magallon (name of person served), ______, who is the Agent (postition/title) and authorized agent of said Business/Corporation/Governmental Entity.

☐ GARNISHMENT: I served ______ (name of garnishee) through ______ ______ (name of person served) who is authorized to accept service for the above-named garnishee.

☐ NOT FOUND: After due and diligent search and inquiry, I am unable to find ______ (name of party).

**EXHIBIT 3**

| STATE OF HAWAIʻI<br>CIRCUIT COURT OF THE<br>FIRST CIRCUIT | RETURN AND ACKNOWLEDGMENT OF SERVICE<br>(Page 2) |
|---|---|

CASE NUMBER

**1CCV-22-0000005**

CASE NAME

**ANDRA LETHGO, on behalf of herself and all similarly situated**
**v**
**CP IV WATERFRONT LLC dba KAPILINA BEACH HOMES; GREP SOUTHWEST, LLC**

Attorney (Name, I.D. No., Address, Phone)
Terrance M. Revere 5756
Revere & Associates, 970 N. Kalaheo Ave, #A301, Kailua, HI 96734
808-791-9550

| Date: | ~~Sheriff/Police Officer~~ (type or print) | Signature |
|---|---|---|
| Jan. 3, 2022 | John B. Jumalon - Civil Process Server | John B. Jumalon |

| SUBSCRIBED AND SWORN TO BEFORE ME THIS DATE: ____________<br>IN ____________, HAWAIʻI | NOTARY PUBLIC'S SIGNATURE:<br><br>STATE OF HAWAIʻI | MY COMMISSION EXPIRES: |
|---|---|---|

## ACKNOWLEDGMENT OF SERVICE

INDIVIDUAL NOT ALLOWED TO SIGN FOR DOCUMENTS PER COMPANY POLICY
(signature of person served) (date) (time)

ORIGINAL

| STATE OF HAWAIʻI<br>CIRCUIT COURT OF THE<br>FIRST CIRCUIT | RETURN AND ACKNOWLEDGMENT OF SERVICE | Electronically Filed<br>FIRST CIRCUIT<br>1CCV-22-0000005<br>08-JAN-2022<br>06:00 AM<br>Dkt. 14 RAS |
|---|---|---|
| CASE NUMBER<br>**1CCV-22-0000005** | | |
| CASE NAME<br>**ANDRA LETHGO, on behalf of herself and all similarly situated<br>v<br>CP IV WATERFRONT LLC dba KAPILINA BEACH HOMES; GREP SOUTHWEST, LLC** | | |

DOCUMENTS SERVED: Complaint, Demand for Jury Trial, Summons

I, ~~Sheriff/Police Officer~~ nKa- C.P.S. of the State of Hawaiʻi do hereby certify that I received a certified copy of the documents listed above and that I served the same on Grep Southwest, LLC (name of party) on January 7, 2022 (date) at 11:19 am (time) at 1003 Bishop Street, Suite 1600, Honolulu, Hawaii 96813 (address) within the State of Hawaiʻi as follows:

☐ PERSONAL: By delivering to and leaving with __________, personally.

☐ SUBSTITUTE: [HRCP 4(d) (1) (A)] After due and diligent search and inquiry, I served above-named defendant through __________, a person of suitable age and discretion then residing at said party's usual place of abode, since the defendant could not be found.

☐ SUBSTITUTE: [HRCP 4(d) (1) (B)] I served above-named defendant through __________, authorized agent to receive service of process for said defendant.

☑ BUSINESS/CORPORATION/GOVERNMENTAL ENTITY: On Grep Southwest, LLC through their statutory agent Corporation Service Co. (name of business/corp/entity) by serving through Steven Magallon (name of person served) __________, who is the Agent (postition/title) and authorized agent of said Business/Corporation/Governmental Entity.

☐ GARNISHMENT: I served __________ (name of garnishee) through __________ (name of person served) who is authorized to accept service for the above-named garnishee.

☐ NOT FOUND: After due and diligent search and inquiry, I am unable to find __________ (name of party).

| STATE OF HAWAI'I<br>CIRCUIT COURT OF THE<br>FIRST CIRCUIT | RETURN AND ACKNOWLEDGMENT OF SERVICE<br>(Page 2) |
|---|---|

CASE NUMBER

1CCV-22-0000005

CASE NAME

**ANDRA LETHGO, on behalf of herself and all similarly situated**

**v**

**CP IV WATERFRONT LLC dba KAPILINA BEACH HOMES; GREP SOUTHWEST, LLC**

Attorney (Name, I.D. No., Address, Phone)
Terrance M. Revere 5756
Revere & Associates, 970 N. Kalaheo Ave, #A301, Kailua, HI 96734
808-791-9550

| Date: | ~~Sheriff/Police Officer~~ (type or print) | Signature |
|---|---|---|
| Jan. ~~3~~ 7, 2022 (JBJ) | John B. Jumalon - Civil Process Server | John B. Jumalon |

| SUBSCRIBED AND SWORN TO BEFORE ME THIS DATE: | NOTARY PUBLIC'S SIGNATURE: | MY COMMISSION EXPIRES: |
|---|---|---|
| ____________<br>IN ____________, HAWAI'I | STATE OF HAWAI'I | |

## ACKNOWLEDGMENT OF SERVICE

INDIVIDUAL NOT ALLOWED TO SIGN FOR DOCUMENTS PER COMPANY POLICY
(signature of person served) (date) (time)