# DCCA State of Hawaii

Downloaded on February 2, 2022.
The information provided below is not a certification of good standing and does not constitute any other certification by the State.
Website URL: http://hbe.ehawaii.gov/documents

## Business Information

| | |
|---|---|
| MASTER NAME | GREP SOUTHWEST, LLC |
| BUSINESS TYPE | Foreign Limited Liability Company (LLC) |
| FILE NUMBER | 134865 C6 |
| STATUS | Active |
| PURPOSE | REAL ESTATE INVESTMENT |
| PLACE INCORPORATED | Delaware UNITED STATES |
| REGISTRATION DATE | Sep 11, 2015 |
| MAILING ADDRESS | 465 MEETING STREET, SUITE 500<br>CHARLESTON, South Carolina 29403<br>UNITED STATES |
| PARTNER TERMS | AT-WILL |
| MANAGED BY | MEMBER(S) |
| AGENT NAME | THE CORPORATION COMPANY, INC. |
| AGENT ADDRESS | 1136 UNION MALL STE 301<br>HONOLULU, Hawaii 96813<br>UNITED STATES |

## Annual Filings

| FILING YEAR | DATE RECEIVED | STATUS |
|---|---|---|
| 2021 | Jul 27, 2021 | Processed |
| 2020 | Jul 27, 2020 | Processed |
| 2019 | Jul 30, 2019 | Processed |
| 2018 | Jul 25, 2018 | Processed |
| 2017 | Aug 8, 2017 | Processed |
| 2016 | Jul 19, 2016 | Processed |

## Officers

| NAME | OFFICE | DATE |
|---|---|---|
| GREYSTAR INVESTMENT GROUP LLC | MEM | Jul 1, 2016 |
| GREYSTAR MANAGEMENT SERVICES, L.P. | MEM | Jul 1, 2016 |

## Trade Names

| NAME | TYPE | CATEGORY | REGISTRATION DATE | EXPIRATION DATE | STATUS |
|---|---|---|---|---|---|
| GREYSTAR | Trade Name | NO CATEGORY SELECTED | Sep 22, 2015 | Sep 21, 2025 | Active |

**EXHIBIT 4**