UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

**FILED**

JUL 22 2025

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

ANDRA LETHGO, on behalf of herself and all similarly situated,

Plaintiff - Appellee,

v.

CP IV WATERFRONT, LLC, DBA Kapilina Beach Homes and GREP SOUTHWEST, LLC,

Defendants - Appellants.

No. 23-15583

D.C. No. 1:22-cv-00052-JAO-WRP
U.S. District Court for Hawaii, Honolulu

**MANDATE**

XAVIER BONILLA LOZANO; et al.,

Plaintiffs - Appellees,

v.

CP IV WATERFRONT, LLC, DBA Kapilina Beach Homes,

Defendant - Appellant,

and

DOES, Defendants 1-20,

Defendant.

No. 23-15804

D.C. No. 1:22-cv-00053-LEK-RT
U.S. District Court for Hawaii, Honolulu

The judgment of this Court, entered June 30, 2025, takes effect this date.

This constitutes the formal mandate of this Court issued pursuant to Rule 41(a) of the Federal Rules of Appellate Procedure.

FOR THE COURT:

MOLLY C. DWYER
CLERK OF COURT